Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CLARITY SERVICES, INC., EASY CASH ASAP, LOANME INC., MARLETTE FUNDING LLC, MONEYKEY – CA, INC., MONEY LION, INC., NIIWIN, LLC, and DOES 1 through 10,<br><br>                    Defendants. | Case No. 2:18-cv-03126-JFW-PJW<br><br><br>**SUPPLEMENT TO NOTICE OF REMOVAL**<br><br><br>Complaint Filed:  February 16, 2018 |

# **TABLE OF CONTENTS**

| Ex. No. | Filing Date | Document | Page Count |
|---------|-------------|----------|------------|
| A. | 02/16/18 | Complaint Filed By Rosen, Barry | 26 |
| B. | 2/16/18 | Summons Issued To Experian Information Solutions, Inc., Clarity Services, Inc., Easy Cash Asap, Loanme Inc., Marlette Funding Llc, Moneykey – Ca, Inc., Money Lion, Inc., Niiwin, Llc, And Does 1 Through 10 | 1 |
| C. | 2/16/18 | Notice Of Case Assignment | 2 |
| D. | 2/16/18 | Voluntary Efficient Stipulations; Stipulation – Early Organizational Meeting; Stipulation – Discovery Resolution; Informal Discovery Conference; Stipulation And Order – Motions In Limine; Adr Information Packet | 13 |
| E. | 03/05/18 | Minute Order Re Newly Filed Class Action | 3 |
| F. | 03/05/18 | Initial Status Conference Order (Complex Litigation Program) | 6 |
| G. | 3/22/18 | Proof Of Service Of Summons – Money Lion, Inc. | 2 |
| H. | 3/27/18 | Proof Of Service Of Summons – Clarity Services, Inc. | 4 |
| I. | 3/27/18 | Proof Of Service Of Summons – Moneykey – Ca, Inc. | 4 |
| J. | 3/27/18 | Proof Of Services Of Summons – Marlette Funding LLC | 4 |
| K. | 3/27/18 | Proof Of Service Of Summons – Experian Information Solutions, Inc. | 4 |

| Ex. No. | Filing Date | Document | Page Count |
|---------|-------------|----------|------------|
| L. | 3/27/18 | Proof Of Service Of Summons – Loanme, Inc. | 4 |
| M. | 4/12/18 | Answer To Complaint Filed By Experian Information Solutions, Inc. | 6 |
| N. | 4/13/18 | Answer To Complaint Filed By Loanme, Inc. | 8 |
| O. | 4/13/18 | Notice of Removal Of Action To The United States District Court For The Central District of California 2:18-cv-3126 | 134 |
| P. | 4/16/18 | Proof Of Service of Summons – Experian Information Solutions, Inc. | 2 |
| Q. | 4/17/18 | Minute Order re Court Order re Notice of Removal to Federal Court | 2 |
| R. | 4/19/18 | Notice of Order re Removed Case [USDC, Central District Case No. 2:18-cv-3126] | 7 |

Dated: April 20, 2018                           Respectfully submitted,

                                                JONES DAY


                                                By: */s/ Richard J. Grabowski*
                                                    Richard J. Grabowski

                                                Attorneys for Defendant
                                                EXPERIAN INFORMATION
                                                SOLUTIONS, INC.