DONALD J. PUTTERMAN (SBN 90822)
MICHELLE L. LANDRY (SBN 190080)
PUTTERMAN LANDRY + YU LLP
345 California Street, Suite 1160
San Francisco CA 94104-2626
Tel:	(415) 839-8779
Fax:	(415) 737-1363
E-mail:	dputterman@plylaw.com
	mlandry@plylaw.com

Attorneys for Defendant
MONEYKEY – CA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CLARITY SERVICES, INC., EASY CASH ASAP, LOANME INC, MARLETTE FUNDING LLC, MONEYKEY - CA, INC., MONEY LION, INC., NIIWIN, LLC, and Does 1 through 10,<br><br>Defendants, | Case No.  2:18-cv-03126-JFW-PJW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint served:	March 26, 2018.<br>Current response date:	May 18, 2018<br>New response date:	June 11, 2018 |

Plaintiff Barry Rosen ("Rosen") and defendant MoneyKey – CA, Inc. ("MoneyKey") hereby stipulate as follows:

WHEREAS, Rosen filed the instant action in state court on February 16, 2018, and the action was removed to federal court on April 13, 2018;

WHEREAS, MoneyKey's response to the complaint was due on May 18, 2018 pursuant to the parties' stipulation to extend MoneyKey's time to respond to the complaint by not more than thirty days;

WHEREAS, MoneyKey's counsel Donald J. Putterman and Michelle L. Landry have been in trial before the Hon. Joanne McCracken in *Mattoo v. 24/7 Customer, Inc.*, Santa Clara County Superior Court, Case No. 1:13-cv-240918 that commenced on April 24, 2018 and is

expected to continue in jury trial proceedings through June 8, 2018;

WHEREAS, MoneyKey, through counsel, has requested an additional twenty-four days to respond to the complaint due to the unexpected extension of time allotted for trial and Rosen, through counsel, has agreed to grant the extension of time for MoneyKey to respond to the complaint;

WHEREAS, an additional twenty-four day extension would make MoneyKey's response due on Monday, June 11, 2018.

WHEREFORE, Rosen and MoneyKey stipulate as follows:

1. The time for MoneyKey to respond to the complaint shall be extended an additional twenty-four days up to and including June 11, 2018.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

DATED: May 22, 2018                    PUTTERMAN LANDRY + YU LLP


                                        By:    */s/ Donald J. Putterman*
                                              DONALD J. PUTTERMAN
                                              Attorneys Defendant MoneyKey – CA, Inc.


DATED: May 22, 2018                    THE DION-DINDEM LAW FIRM
                                        PETER R. DION-KINDEM

                                        THE BLANCHARD LAW GROUP, APC
                                        LONNIE C. BLANCHARD, III


                                        By:    /s Peter R. Dion-Kindem
                                              PETER R. DION-KINDEM
                                              Attorneys Defendant MoneyKey – CA, Inc.

I, Peter R. Dion-Kindem, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that Donald J. Putterman, on whose behalf the filing is submitted, concurs in the filing's contents and has authorized the filing.

Dated: 5/22/18                          /s Peter R. Dion-Kindem