David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Carlson & Messer LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
*Attorneys for Defendant*
*EASYCASH ASAP, et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EASYCASH ASAP, et al.,<br><br>Defendant. | Case No. 2:18-cv-03126-JFW-PJW<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Defendant EasyCash ASAP, LLC ("ECAL" or "Defendant"), erroneously sued herein as EasyCash ASAP, by and through its undersigned counsel, and for its answer to Plaintiff Barry Rosen's ("Plaintiff") Complaint, states and alleges as follows. Except as otherwise expressly stated, ECAL denies each and every other allegation of the Complaint.

1.     ECAL admits that Plaintiff purports to bring this action to seek redress for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"). ECAL denies that it engaged in any unlawful practices as alleged by Plaintiff, denies that Plaintiff is entitled to redress, denies that Plaintiff has any

{00092852;1}

right to relief herein, and denies the remaining allegations in Paragraph 1 of Plaintiff's Complaint.

2.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 2 of Plaintiff's Complaint, and therefore, denies the same for the present time.

3.      ECAL states that the FCRA speaks for itself.   To the extent an additional response is required, ECAL states that Paragraph 3 contains legal averments to which no response is necessary.

4.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 4 of Plaintiff's Complaint, and therefore, denies the same for the present time.

5.      ECAL admits that it is a business entity.  ECAL denies the remaining allegations in Paragraph 5 of Plaintiff's Complaint.

6.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 6 of Plaintiff's Complaint, and therefore, denies the same for the present time.

7.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 7 of Plaintiff's Complaint, and therefore, denies the same for the present time.

8.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 8 of Plaintiff's Complaint, and therefore, denies the same for the present time.

9.      ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 9 of Plaintiff's Complaint, and therefore, denies the same for the present time.

{00092852;1}

10.     ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 10 of Plaintiff's Complaint, and therefore, denies the same for the present time.

11.     ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 11 of Plaintiff's Complaint, and therefore, denies the same for the present time.

12.     Paragraph 12 of Plaintiff's Complaint does not contain any allegations against ECAL to which a response is required.  To the extent that Paragraph 12 is intended to allege that ECAL violated the FCRA, ECAL denies that allegation.

13.     ECAL denies the allegations in Paragraph 13 of Plaintiff's Complaint.

### First Cause of Action – FCRA (Experian)

14.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 13 of Plaintiff's Complaint, as if fully set forth herein.

15.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 15 contains legal averments to which no response is necessary.

16.     The allegations of Paragraph 16 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 16 can be construed to apply to ECAL, ECAL denies the allegations.

17.     The allegations of Paragraph 17 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 17 can be construed to apply to ECAL, ECAL denies the allegations.

18.     ECAL lacks sufficient knowledge to admit or deny the allegation in Paragraph 18 of Plaintiff's Complaint, and therefore, denies the same for the present time.

{00092852;1}

19.   ECAL denies the allegations in Paragraph 19 of Plaintiff's Complaint to the extent that they allege that ECAL did not have a permissible purpose or that ECAL violated the FCRA.  ECAL lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 19 of Plaintiff's Complaint, and therefore, denies the same for the present time.

20.   ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 20 contains legal averments to which no response is necessary.

21.   ECAL denies the allegations in Paragraph 21 of Plaintiff's Complaint, including subparagraph a thereof, to the extent that they allege that ECAL did not have a permissible purpose or that ECAL violated the FCRA.  ECAL lacks sufficient knowledge to admit or deny the remaining allegations in Paragraph 21 of Plaintiff's Complaint, and therefore, denies the same for the present time.

22.   The allegations of Paragraph 22 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 22 can be construed to apply to ECAL, ECAL denies the allegations.

23.   The allegations of Paragraph 23 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 23 can be construed to apply to ECAL, ECAL denies the allegations.

## **Class Action Allegations**

24.   ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.  ECAL denies that class certification is appropriate as to ECAL.  The remaining allegations contained in Paragraph 24 are not directed at ECAL, and ECAL therefore does not answer the same.

25.   ECAL denies the allegations in Paragraph 25 of Plaintiff's Complaint.

26.   ECAL denies the allegations in Paragraph 26 of Plaintiff's Complaint.

{00092852;1}

27.     ECAL denies the allegations in Paragraph 27 of Plaintiff's Complaint.

28.     ECAL denies the allegations in Paragraph 28 of Plaintiff's Complaint.

29.     ECAL denies the allegations in Paragraph 29 of Plaintiff's Complaint.

### Second Cause of Action – FCRA (Clarity Services, Inc.)

30.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 29 of Plaintiff's Complaint, as if fully set forth herein.

31.     The allegations of Paragraph 31 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 31 can be construed to apply to ECAL, ECAL denies the allegations.

32.     The allegations of Paragraph 32 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 32 can be construed to apply to ECAL, ECAL denies the allegations.

33.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 33 contains legal averments to which no response is necessary.

34.     The allegations of Paragraph 34 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 34 can be construed to apply to ECAL, ECAL denies the allegations.

35.     The allegations of Paragraph 35 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 35 can be construed to apply to ECAL, ECAL denies the allegations.

36.     The allegations of Paragraph 36 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 36 can be construed to apply to ECAL, ECAL denies the allegations.

37.     The allegations of Paragraph 37 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 37 can be construed to apply to ECAL, ECAL denies the allegations.

{00092852;1}

38.     The allegations of Paragraph 38 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 38 can be construed to apply to ECAL, ECAL denies the allegations.

**Class Action Allegations**

39.     ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.  ECAL denies that class certification is appropriate as to ECAL.  The remaining allegations contained in Paragraph 39 are not directed at ECAL, and ECAL therefore does not answer the same.

40.     ECAL denies the allegations in Paragraph 40 of Plaintiff's Complaint.

41.     ECAL denies the allegations in Paragraph 41 of Plaintiff's Complaint.

42.     ECAL denies the allegations in Paragraph 42 of Plaintiff's Complaint.

43.     ECAL denies the allegations in Paragraph 43 of Plaintiff's Complaint.

44.     ECAL denies the allegations in Paragraph 44 of Plaintiff's Complaint.

**Third Cause of Action – FCRA (EasyCash ASAP)**

45.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 44 of Plaintiff's Complaint, as if fully set forth herein.

46.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 46 contains legal averments to which no response is necessary.

47.     ECAL denies the allegations in Paragraph 47 of Plaintiff's Complaint.

**Class Action Allegations**

48.     ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.  ECAL denies that it violated the FCRA, denies that any class as proposed by the Plaintiff exists, and denied that class certification is appropriate.

49.     ECAL denies the allegations in Paragraph 49 of Plaintiff's Complaint.

{00092852;1}

ANSWER TO COMPLAINT
Case No. 2:18-cv-03126-JFW-PJW

50.     ECAL denies the allegations in Paragraph 50 of Plaintiff's Complaint.

51.     ECAL denies the allegations in Paragraph 51 of Plaintiff's Complaint.

52.     ECAL denies the allegations in Paragraph 52 of Plaintiff's Complaint.

53.     ECAL denies the allegations in Paragraph 53 of Plaintiff's Complaint.

54.     ECAL denies the allegations in Paragraph 54 of Plaintiff's Complaint.

Fourth Cause of Action – FCRA (LOANME, INC.)

55.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 54 of Plaintiff's Complaint, as if fully set forth herein.

56.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 56 contains legal averments to which no response is necessary.

57.     The allegations of Paragraph 57 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 57 can be construed to apply to ECAL, ECAL denies the allegations.

**Class Action Allegations**

58.     ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.   ECAL denies that class certification is appropriate as to ECAL.  The remaining allegations contained in Paragraph 58 are not directed at ECAL, and ECAL therefore does not answer the same.

59.     ECAL denies the allegations in Paragraph 59 of Plaintiff's Complaint.

60.     ECAL denies the allegations in Paragraph 60 of Plaintiff's Complaint.

61.     ECAL denies the allegations in Paragraph 61 of Plaintiff's Complaint.

62.     ECAL denies the allegations in Paragraph 62 of Plaintiff's Complaint.

63.     ECAL denies the allegations in Paragraph 63 of Plaintiff's Complaint.

64.     ECAL denies the allegations in Paragraph 64 of Plaintiff's Complaint.

{00092852;1}

**Fifth Cause of Action – FCRA (Marlette Funding, LLC)**

65.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 64 of Plaintiff's Complaint, as if fully set forth herein.

66.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 66 contains legal averments to which no response is necessary.

67.     The allegations of Paragraph 67 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 67 can be construed to apply to ECAL, ECAL denies the allegations.

**Class Action Allegations**

68.     ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.   ECAL denies that class certification is appropriate as to ECAL.  The remaining allegations contained in Paragraph 68 are not directed at ECAL, and ECAL therefore does not answer the same.

69.     ECAL denies the allegations in Paragraph 69 of Plaintiff's Complaint.

70.     ECAL denies the allegations in Paragraph 70 of Plaintiff's Complaint.

71.     ECAL denies the allegations in Paragraph 71 of Plaintiff's Complaint.

72.     ECAL denies the allegations in Paragraph 72 of Plaintiff's Complaint.

73.     ECAL denies the allegations in Paragraph 73 of Plaintiff's Complaint.

74.     ECAL denies the allegations in Paragraph 74 of Plaintiff's Complaint.

**Sixth Cause of Action – FCRA (MONEYKEY – CA, Inc.)**

75.     ECAL incorporates and re-alleges its answers to Paragraphs 1 through 74 of Plaintiff's Complaint, as if fully set forth herein.

76.     ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 76 contains legal averments to which no response is necessary.

{00092852;1}

77.    The allegations of Paragraph 77 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 77 can be construed to apply to ECAL, ECAL denies the allegations.

### Class Action Allegations

78.    ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.  ECAL denies that class certification is appropriate as to ECAL.  The remaining allegations contained in Paragraph 78 are not directed at ECAL, and ECAL therefore does not answer the same.

79.    ECAL denies the allegations in Paragraph 79 of Plaintiff's Complaint.

80.    ECAL denies the allegations in Paragraph 80 of Plaintiff's Complaint.

81.    ECAL denies the allegations in Paragraph 81 of Plaintiff's Complaint.

82.    ECAL denies the allegations in Paragraph 82 of Plaintiff's Complaint.

83.    ECAL denies the allegations in Paragraph 83 of Plaintiff's Complaint.

84.    ECAL denies the allegations in Paragraph 84 of Plaintiff's Complaint.

### Seventh Cause of Action – FCRA (Money Lion, Inc.)

85.    ECAL incorporates and re-alleges its answers to Paragraphs 1 through 84 of Plaintiff's Complaint, as if fully set forth herein.

86.    ECAL states that the FCRA speaks for itself.  To the extent an additional response is required, ECAL states that Paragraph 86 contains legal averments to which no response is necessary.

87.    The allegations of Paragraph 87 are not directed at ECAL, and ECAL therefore does not answer the same.  To the extent the allegations of Paragraph 87 can be construed to apply to ECAL, ECAL denies the allegations.

{00092852;1}

**Class Action Allegations**

88.　ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.　ECAL denies that class certification is appropriate as to ECAL.　The remaining allegations contained in Paragraph 88 are not directed at ECAL, and ECAL therefore does not answer the same.

89.　ECAL denies the allegations in Paragraph 89 of Plaintiff's Complaint.

90.　ECAL denies the allegations in Paragraph 90 of Plaintiff's Complaint.

91.　ECAL denies the allegations in Paragraph 91 of Plaintiff's Complaint.

92.　ECAL denies the allegations in Paragraph 92 of Plaintiff's Complaint.

93.　ECAL denies the allegations in Paragraph 93 of Plaintiff's Complaint.

94.　ECAL denies the allegations in Paragraph 94 of Plaintiff's Complaint.

**Eighth Cause of Action – FCRA (Niiwin, LLC**

95.　ECAL incorporates and re-alleges its answers to Paragraphs 1 through 94 of Plaintiff's Complaint, as if fully set forth herein.

96.　ECAL states that the FCRA speaks for itself.　To the extent an additional response is required, ECAL states that Paragraph 96 contains legal averments to which no response is necessary.

97.　The allegations of Paragraph 97 are not directed at ECAL, and ECAL therefore does not answer the same.　To the extent the allegations of Paragraph 97 can be construed to apply to ECAL, ECAL denies the allegations.

**Class Action Allegations**

98.　ECAL admits that Plaintiff purports to bring this action on behalf of a class and that Plaintiff seeks to certify classes.　ECAL denies that class certification is appropriate as to ECAL.　The remaining allegations contained in Paragraph 98 are not directed at ECAL, and ECAL therefore does not answer the same.

{00092852;1}

99.     ECAL denies the allegations in Paragraph 99 of Plaintiff's Complaint.

100.    ECAL denies the allegations in Paragraph 100 of Plaintiff's Complaint.

101.    ECAL denies the allegations in Paragraph 101 of Plaintiff's Complaint.

102.    ECAL denies the allegations in Paragraph 102 of Plaintiff's Complaint.

103.    ECAL denies the allegations in Paragraph 103 of Plaintiff's Complaint.

104.    ECAL denies the allegations in Paragraph 104 of Plaintiff's Complaint.

## PRAYER FOR RELIEF

ECAL denies that Plaintiff or putative class members are entitled to any damages, injunctive relief, fees, costs, other awards, or findings in their favor, as requested in Plaintiff's Prayer for Relief.

## JURY TRIAL DEMAND

ECAL denies that it engaged in any unlawful practices as alleged by Plaintiff, denies that Plaintiff is entitled to redress, denies that Plaintiff has any right to relief herein, denies that the Court has Jurisdiction over Plaintiff's claims, and therefore denies that Plaintiff is entitled to a jury trial as alleged in his Complaint.

## AFFIRMATIVE DEFENSES

Subject to further investigation and discovery, ECAL alleges the following affirmative defenses without assuming the burden of proof where such burden is otherwise on the Plaintiff:

{00092852;1}

**FIRST DEFENSE**

**Failure to State a Claim Upon Which Relief Can Be Granted**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

**FCRA Inapplicable**

The transaction underlying Plaintiff's claims was not a consumer credit transaction by which relief may be sought under the FCRA.

**THIRD DEFENSE**

**Lack of Standing**

1.      ECAL committed no violation of the FCRA.

2.      ECAL has no intention of violating the FCRA.

3.      Plaintiff lacks standing to seek injunctive relief against ECAL.

**FOURTH DEFENSE**

**Reasonable Practices and Procedures**

ECAL states that it had established and implemented, with due care, reasonable practices and procedures to effectively prevent violations of the FCRA, and the regulations prescribed thereunder.

**FIFTH DEFENSE**

**Failure to Mitigate Damages**

To the extent that a violation of ECAL is discovered, Plaintiff failed to mitigate damages and recovery therefore is likewise limited.

ECAL reserves the right to supplement these defenses as discovery proceeds.  ECAL further reserves the rights to seek costs and attorneys fees in the event the Court deems that Plaintiff's action was brought in bad faith and for the purpose of harassment.

{00092852;1}

WHEREFORE, Defendant EasyCash ASAP, LLC prays that this Court enter judgment in Defendant's favor and against Plaintiff, dismiss the Complaint and this action with prejudice, award Defendant its costs incurred in this case, and award Defendant such other and further relief as the Court considers proper.

**CARLSON & MESSER LLP**

Dated:  May 29, 2018          s/David J. Kaminski
                              David J. Kaminski
                              Attorneys for Defendant,
                              *EasyCash ASAP, LLC*

{00092852;1}