# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 31st day of May, 2018, a true and accurate copy of the foregoing Certification and Notice of Interested Parties were served via the District Court ECF System on the Following:

Email: lonnieblanchard@gmail.com
peter@dion-kindemlaw.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP