# CERTIFICATE OF SERVICE

I, Tamar Gabriel Ellyin, hereby certify that on this 7th day of June, 2018, a true and accurate copy of the foregoing Notice of Appearance were served via the District Court ECF System on the Following:

Email: lonnieblanchard@gmail.com
peter@dion-kindemlaw.com
jtoffer@ftrlfirm.com
atrossum@jonesday.com
ron.raether@troutman.com
dputterman@plylaw.com
pearsons@ballardspahr.com
mlandry@plylaw.com
rgrabowski@jonesday.com
dave.gettings@troutman.com
fitzpatrickk@ballardspahr.com
laragon@ftrlfirm.com

/s/Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP