Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>             Defendants. | Case No. 2:18-cv-03126-JFW-PJW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Barry Rosen's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice.  This dismissal is without prejudice as to the putative class claims.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: September 7, 2018

_____
HON. JOHN F. WALTER
United States District Judge