## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CLARITY SERVICES, INC., EASY CASH ASAP, LOANME INC, MARLETTE FUNDING LLC, MONEYKEY - CA, INC., MONEY LION, INC., NIIWIN, LLC, and Does 1 through 10,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-03126-JFW-PJW<br><br>CLASS ACTION<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT MARLETTE FUNDING, LLC WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Assigned to:  Hon. John F. Walter<br><br>Action filed:　　　　　　02/16/2018 |

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation requesting dismissal as to defendant Marlette Funding, LLC, the claims against Marlette Funding, LLC are dismissed with prejudice as to the named plaintiff Barry Rosen and without prejudice as to the putative class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  October 3, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge