PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (818) 883-4900
Email:     peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone: (213) 599-8255
Email:     lonnieblanchard@gmail.com

Attorneys for Plaintiff Barry Rosen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., Clarity Services, Inc., Easy Cash ASAP, LOANME INC, Marlette Funding LLC, MONEYKEY – CA, Inc., Money Lion, Inc., Niiwin, LLC, and Does 1 through 10,<br><br>    Defendants. | **Case No. 2:18-cv-03126-JFW-PJW**<br><br>**Order Granting Stipulation for Dismissal with Prejudice of Defendant MoneyLion, Inc. Only** |

\\

\\

**O**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Barry Rosen's claims against Defendant MoneyLion, Inc. are dismissed with prejudice. This dismissal is without prejudice as to the putative class claims. Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: November 8, 2018

HON. JOHN F. WALTER
United States District Judge

**O**